**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

**CASE NO.:**  **CV 16-07014 SJO (Ex):**          **DATE:**  **January 3, 2017**

**TITLE:**      **ABC Arbitrage S.A. (a French corporation) v.  Herve` Caen**

=======================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                        Not Present
Courtroom Clerk                                        Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                             Not Present

=======================================================================
**PROCEEDINGS (IN CHAMBERS):**      **ORDER  TO  SHOW  CAUSE RE DISMISSAL FOR
                                    LACK OF PROSECUTION**

        Plaintiff is hereby ordered to show cause in writing by not later than **January 10, 2017** why
this action should not be dismissed for lack of prosecution**.**

        The court will consider the filing of the following as an appropriate response to this Order
to Show Cause, on or before the above date:

        Answer by the Defendant(s) or Plaintiff's request for entry of default;

        In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15,
no oral argument of this matter will be heard unless ordered by the court.  The Order will stand
submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the
court's Order may result in the dismissal of the action.

        **IT IS SO ORDERED**.