Jonathan C. Capp, (SBN 177585)
jcclex@gmail.com
12137 Middlebrook Sq.
San Diego, CA 92128
Tel. 760 231 6498
Fax. 858 435 2510
Email: jcclex@gmail.com

JS-6

FILED
CLERK, U.S. DISTRICT COURT
March 13, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

Attorney for Plaintiff ABC ARBITRAGE S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ABC ARBITRAGE S.A. (a French corporation),<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HERVÉ CAEN, a citizen and resident of California<br><br>　　　　Defendant, | Case No.: CV 16-07014 SJO<br><br>JUDGEMENT |

**JUDGMENT**

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff ABC ARBITRAGE S.A. against Defendant HERVÉ CAEN in accordance with the terms of the Court's Minute Order granting Plaintiff's motion for Default Judgment (Court). The Court awards Plaintiff $2,300,038.68 in damages.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED THIS 13th DAY OF March, 2017.

- 1 -
JUDGEMENT BY COURT